# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TIMOTHY BERNARD WINGFIELD,** : <br> : <br> **Plaintiff,** : <br> : <br> V. : <br> : NO. 5:24-cv-00234-TES-CHW <br> **JOSHUA ANDREWS**, *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | |

## ORDER

Plaintiff Timothy Bernard Wingfield, a prisoner in Macon State Prison in Oglethorpe, Georgia, filed a *pro se* 42 U.S.C. § 1983 civil rights complaint, Compl., ECF No. 1, and a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Plaintiff's motion for leave to proceed *in forma pauperis* was granted, and Plaintiff was ordered to pay an initial partial filing fee of $4.83. Order, ECF No. 5. Plaintiff was given fourteen days to pay the initial partial filing fee and was cautioned that his failure to do so could result in the dismissal of this case. *Id.*

After more than fourteen days passed, during which Plaintiff did not pay the initial partial filing fee, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to pay the fee. Order to Show Cause, ECF No. 6. Plaintiff has now filed a response to that order, asserting that he believed that the Court would receive the funds out of his account. Response, ECF No. 7. Plaintiff notes that he

has money available in his account to pay the fee and asks the Court to obtain the money from the prison business office. *Id.* at 1-2.

As Plaintiff was instructed in the order granting leave to proceed *in forma pauperis*, it is his responsibility to make arrangements to have the fee paid from his account. *See* Order 4, ECF No. 5. Thus, Plaintiff must request that the business office submit the initial partial filing fee on his behalf. Plaintiff is therefore again **ORDERED** to pay the initial partial filing fee of $4.83. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to pay the initial partial filing fee.

If Plaintiff attempts to have the fee paid from his account but is unable to do so, he must submit a written notice informing this Court as to the steps that he has taken to try to have the fee paid. Such notice must include the name of anyone that he has spoken to regarding the fee payment, the dates on which he spoke to them, and the response that he received. If Plaintiff receives written notice that the fee will not be paid from his account, Plaintiff must submit a copy of such notice to this Court.

There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 20th day of November, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge