**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **TIMOTHY BERNARD WINGFIELD,**<br><br>       *Plaintiff,*<br><br>**v.**<br><br>**JOSHUA ANDREWS,**<br><br>       *Defendant.* | **CIVIL ACTION NO.<br>5:24-cv-00234-TES-CHW** |

**ORDER ADOPTING RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 23]. Neither party objected to the Recommendation in the allotted time. [*Id.* at p. 7]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1). The magistrate judge recommended that the Court deny Defendant's motion to dismiss because Defendant did not show that Plaintiff failed to exhaust his administrative remedies or that Plaintiff's complaint fails to state a claim. [Doc. 23, p. 7]. Accordingly, Defendant's motion to dismiss [Doc. 18] is **DENIED**.

       **SO ORDERED**, this 1st day of December, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE**